**Order entered April 1, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00216-CV

## BEN MILLICAN, ET AL., Appellants

## V.

## KIM BURBA, ET AL., Appellees

### On Appeal from the County Court at Law No. 2
### Kaufman County, Texas
### Trial Court Cause No. 103652CC2

## ORDER

The reporter's record is overdue and the court reporter has informed the Court that appellants have not paid the fee for preparing the record. By letter dated March 13, 2020, we instructed appellants to file, within ten days, written verification that they had paid or made arrangements to pay the reporter's fee or written documentation that they have been found entitled to proceed without payment of costs. We cautioned appellantss that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP.

P. 37.3(c).  As of today's date, appellants have not responded.  Accordingly, we **ORDER** the appeal be submitted without the reporter's record.  *See id*.

Appellants shall file their brief by **April 30, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Sherry Hooper, Official Court Reporter for County Court at Law No. 2, and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE